

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERT AYERS, Defendant-Appellant.

(No. 72-63; 

Fifth District—December 19, 1973.

PER CURIAM.

Robert E. Farrell, Deputy Defender, of Mt. Vernon (William H. Wilson, Assistant Appellate Defender, of counsel), for appellant.

No brief for the People.